922

No. 78-5838. DORTCH v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78-5841. WALKER ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78-5842. PEOPLES v. OREGON. Ct. App. Ore. Certiorari denied.

No. 78-5843. SPATES v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 78-5845. IN RE GREEN. C. A. 8th Cir. Certiorari denied.

No. 78-5846. ROBALLO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 78-5847. COELHO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 78-5848. GREEN v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 78-5851. HAAS v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 78-5856. BELK v. CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied.

No. 78-5859. BOWLES v. ANDERSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 78-5868. CHANEY v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 78-5869. SMITH v. PUTNAM, WARDEN. C. A. 9th Cir. Certiorari denied.